IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALERIE JOHNSON,

    Plaintiff,

vs.                        Case No. CV405-48

UNITED STATES OF AMERICA,

    Defendant.

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court notes that on June 17, 2005, after Magistrate Smith had issued his Report and Recommendation in this case, the Court, upon motion of the Government pursuant to Federal Rule of Criminal Procedure 35(b), reduced Johnson's sentence from 45 to 33 months imprisonment. That motion was filed in Johnson's criminal case, 4:03 CR 0095.

SO ORDERED, this **28th** day of June, 2005.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

Valerie Johnson ) 

vs ) CASE NUMBER CV405-048

United States of America ) DIVISION SAVANNAH

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/28/05 , which is part of the official record of this case.

Date of Mailing: 6/28/05

Date of Certificate  ☒ same date, or _____

Scott L. Poff, Clerk

By: *[signature]*
Deputy Clerk

**Name and Address**

Valerie Renee Johnson, 07708-021, FCI Tallahassee, 501 Capital Circle NE, Tallahassee, FL 32301
Amy Lee Copeland, U.S. Attorney's Office, P.O. Box 8970, Savannah, GA 31412
CRIMINAL

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate